UNITED STATES DISTRICT COURT
Southern District of Iowa



U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa  50309

Clerk of Court's Office
www.iasd.uscourts.gov

Des Moines
Davenport
Council Bluffs

o: 515-284-6248
f : 515-284-6418

May 22, 2023

Polk County Clerk of Court
Civil Division
500 Mulberry Street, Unit 116
Des Moines, Iowa 50309

Dear Clerk:

Re: Remand of our Civil Case No. 4-21-cv-214
    Luong et al v. House et al
    Polk County Case No. LACL150863

Please find enclosed the certified copy of the Order remanding counts II and III back to the Iowa District Court for Polk County along with the court file and docket sheet.

By a copy of this letter to parties of record, we are informing them that all future pleadings and correspondence should be sent to your court regarding Luong et al v. House et al.

Thank you for your attention to this matter.  If you have questions, please do not hesitate to contact us at 515-284-6248 or at the address listed above.

Sincerely,

/s/ ___K. Watson_____
Case Manager


Enclosures